AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Alita Jones ) | |
|     *Plaintiff* ) | |
| v. ) | Civil Action No.    11 C 8326 |
| Chicago Board of Education ) | |
|     *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff's complaint is dismissed. Plaintiff to take nothing. All matters in controversy having been resolved, final judgment is entered in favor of the defendant and against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 10 Apr 2013

Thomas G. Bruton, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk