**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Alita Jones
                          Plaintiff,

v.                                    Case No.: 1:11−cv−08326
                                            Honorable Charles P. Kocoras

Chicago Board Of Education
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2014:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant's motion to withdraw and substitute counsel [89] is withdrawn. Presentment date of 8/5/2014 on said motion is stricken. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.